IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                              NO. 1:97CR20-7-Br-R

ROGERS CRAFT,
        Defendant

## ORDER

This cause comes before the court on the letter motion of the defendant in the above styled and numbered cause, moving the court to allow him to serve the remainder of his sentence at a halfway house or on home confinement. After due consideration of the motion and the response of the Probation Office, a copy of which is attached, the court finds that the motion should be and it is hereby **DENIED**.

**ORDERED AND ADJUDGED** this, the _13_ day of March, 2007.

                                              NEAL B. BIGGERS, JR.
                                              SENIOR U.S. DISTRICT JUDGE

# United States District Court



**SOUTHERN DISTRICT OF MISSISSIPPI**

**GARY S. MANN**
Chief Probation Officer

**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

Reply to: __JACKSON__

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201
TEL: (601) 965-4447
FAX: (601) 965-4508

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 432-5003
FAX: (228) 432-5063

March 8, 2007

The Honorable Neal B. Biggers
Senior United States District Court Judge
U.S. Courthouse - 911 Jackson Avenue, Room 388
Oxford, Mississippi 38655-3622

RE: **CRAFT, Rogers**
SD/MS Docket No. 1:97CR20
Response to recent Letter/Motion

Dear Judge Biggers:

I have reviewed Mr. Craft's correspondence which was filed stamped December 26, 2006. It appears Craft is requesting the Court enter an Order instructing the Bureau of Prisons to immediately place him in a half-way house or, better yet, on home confinement. Craft argues that changes in recent case law provide legal authority for the Court to grant such a request. Craft suggests that since the half-way house environment is a place of imprisonment, he should be allowed to serve the remainder of his sentence in a half-way house. Craft cites no compelling authority for this argument.

I have contacted Ms. Roberson who is Craft's case manager at Yazoo City Federal Prison Camp. She stated that a rumor has surfaced within the prison population surrounding an "unnamed case" wherein the Court reportedly instructed the Bureau of Prisons to place an inmate in a half-way house, even though he had a lengthy prison term yet to serve. The "rumor" is without merit. Unfortunately, Ms. Roberson states she has had to respond to many such inquiries similar to my own. Craft has an anticipated release date of March 15, 2012. He will be eligible to be referred to a half-way house in September 2011. As the Bureau of Prisons is charged, statutorily, with the administration of the incarceration of federal inmates, it is respectfully suggested that Craft's "motion" be denied. The Bureau of Prisons is in the best position to determine if and when Craft is entitled to be placed in a half-way house.

Respectfully submitted,

Huey P. Lang
U.S. Probation Officer

Reviewed and Approved:

Martha Gardner
Supervising U.S. Probation Officer

HPL:pl