**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                                                                   **No. 1:97CR20BrR**

**ROGERS CRAFT**                                                                    **DEFENDANT**

## ORDER

     This matter comes before the court on the *pro se* motion [380] of Rogers Craft to modify his term of imprisonment under 18 U.S.C. § 3582(c)(2). As the court has granted a subsequent motion under § 3582(c)(2) submitted to the court through counsel, the present motion [380] is hereby **DISMISSED** as moot.

     **SO ORDERED,** this the 15th day of May, 2009.

/s/ Neal Biggers

_____

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE